# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Richard Chadwick Maheu, Janie Williams, Joseph C. Guillen, Courtney Mann, | ) ) ) **ORDER** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| XTO Energy, Inc., et al., | ) ) Case No. 1-17-cv-102 |
| Defendants. | ) |

Upon stipulation of the parties, the court previously ordered that the above-captioned case and the case of <u>Mary Stassinos et al. v. XTO Energy, Inc. et al,</u> Case No. 1:17-cv-138 be joined for purposes of discovery and pretrial scheduling. In keeping with that order, the court here similarly **ORDERS** that the two actions should be joined for purposes of discovery and pretrial scheduling.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2017.

                                                      <u>/s/ Charles S. Miller, Jr.</u>
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court